IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY SWANIGAN**
**ADC #101568**                                                                                           **PLAINTIFF**

V.                                          NO. 4:24-cv-371-JM

**GARY MUSSELWHITE,** *et al*.                                                          **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. The Recommendation (Doc. No. 18) is for this Court to grant the Defendants' motion for judgment on the pleadings that was filed on July 18, 2024. (Doc. No. 15). Plaintiff did not respond to the motion for judgment on the pleadings, though he was given the opportunity until August 9, 2024 to do so. (Doc. No. 17). In his objection to the Recommendation (Doc. No. 19), Plaintiff reiterates the allegations made in his complaint.

After careful review of the Recommendation, Mr. Swanigan's timely objections, as well as a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Therefore, Defendants' motion for judgment on the pleadings (Doc. No. 15) is GRANTED. Mr. Swanigan's motion for temporary restraining order and preliminary injunction (Doc. No. 3) are DENIED, as moot. The Clerk is directed to close this case.

IT IS SO ORDERED, this 19th day of September 2024.

_____
UNITED STATES DISTRICT JUDGE