IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY SWANIGAN**
**ADC #101568**                                                                                                       **PLAINTIFF**

V.                                         NO. 4:24-cv-371-JM

**GARY MUSSELWHITE**, *et al*.                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 19th day of September 2024.

_____
UNITED STATES DISTRICT JUDGE